UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
TRANSFER OF OFFENDERS
Pursuant to 18 U.S.C.
§ 4100, et seq.,

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ARTUR SOLOMONYAN,

        Defendant.

1:19-MJ-146 EPG

**ORDER**

---

Pursuant to 28 U.S.C. § 636(g), the Honorable Erica P. Grosjean, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about August 7, 2019, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Armenia, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

Entered this 24th day of July, 2019, at Fresno, CA.

_____
Lawrence J. O'Neill,
Chief United States District Judge